AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fulton, Thomas H. | U.S. Bankruptcy Court | 07/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
601 West Broadway, Suite 528
Louisville, KY 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERIPRISE FINANCIAL | | | | | | | | | |
| 2. Variable Annuity | | None | K | T | | | | | |
| 3. First Eagle Global CL A | | None | J | T | | | | | |
| 4. HILLIARD LYONS BROKERAGE ACCT #1 | | | | | | | | | |
| 5. Hilliard Lyons Govt. Fund | A | Dividend | J | T | | | | | |
| 6. CISCO Systems, Inc. | A | Dividend | J | T | | | | | |
| 7. Walt Disney Stock | A | Dividend | K | T | | | | | |
| 8. Home Depot Stock | A | Dividend | K | T | | | | | |
| 9. International Paper | A | Dividend | K | T | | | | | |
| 10. Kimberely-Clark Corp Stock | A | Dividend | K | T | | | | | |
| 11. Microsoft | A | Dividend | J | T | | | | | |
| 12. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 13. Colgate-Palmolive Co. | A | Dividend | K | T | | | | | |
| 14. Staples, Inc. | A | Dividend | J | T | | | | | |
| 15. General Electric | A | Dividend | J | T | | | | | |
| 16. Comcast Corp Class A | A | Dividend | K | T | | | | | |
| 17. Corning, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Cap Group | A | Dividend | J | T | | | | | |
| 19. Motorcar Parts of America | A | Dividend | J | T | | | | | |
| 20. Summer Infant | A | Dividend | J | T | | | | | |
| 21. O Reily Automotive, Inc | A | Dividend | J | T | | | | | |
| 22. Zoetis, Inc | A | Dividend | J | T | Buy | 06/27/13 | J | | |
| 23. Hilliard Lyons Brokerage Acct. #2 | | | | | | | | | |
| 24. Walmart | A | Dividend | J | T | | | | | |
| 25. Nokia | A | Dividend | J | T | | | | | |
| 26. American Legacy III Variable Annuity | A | Dividend | J | T | | | | | |
| 27. Hilliard Lyons Govt Fund | A | Dividend | J | T | | | | | |
| 28. Dow Chemical | A | Dividend | J | T | | | | | |
| 29. QualComm, Inc. | A | Dividend | J | T | | | | | |
| 30. Oracle Corp | A | Dividend | J | T | | | | | |
| 31. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 32. Costa, Inc (formerly known as Cross A T Company) | A | Dividend | J | T | | | | | |
| 33. Janus Cap Group | A | Dividend | J | T | | | | | |
| 34. Landuer Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Motorcar Parts of America | A | Dividend | J | T | | | | | |
| 36. Stifel Financial Corp | A | Dividend | J | T | | | | | |
| 37. Summer Infant Inc. | A | Dividend | J | T | | | | | |
| 38. Zoetis, Inc | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 39. Hilliard Lyons Trust Acct. | | | | | | | | | |
| 40. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 41. Abbvie Inc com | A | Dividend | J | T | Spinoff (from line 40) | 01/08/13 | J | | |
| 42. Berkshire Hathaway | | None | K | T | | | | | |
| 43. Cisco | A | Dividend | J | T | | | | | |
| 44. Disney Walt | A | Dividend | J | T | | | | | |
| 45. Exxon Mobile | A | Dividend | K | T | | | | | |
| 46. Pepsico | A | Dividend | J | T | | | | | |
| 47. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 48. Walgreens Co. | A | Dividend | J | T | | | | | |
| 49. Goldmans Sach Financial Square Federal Fund | A | Dividend | J | T | Sold (part) | 04/04/13 | J | B | |
| 50. | | | | | Sold (part) | 09/09/13 | J | B | |
| 51. Johnson & Johnson Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TJX Companies | A | Dividend | K | T | Sold (part) | 09/09/13 | K | B | |
| 53. Harley Davidson Inc. | A | Dividend | J | T | | | | | |
| 54. Microsoft Corp | A | Dividend | J | T | | | | | |
| 55. Home Depot | A | Dividend | J | T | | | | | |
| 56. Chevron Corp | A | Dividend | K | T | | | | | |
| 57. CVS Caremark Corp | A | Dividend | J | T | | | | | |
| 58. TEVA Pharmaceutical Inds. | A | Dividend | J | T | | | | | |
| 59. US Bancorp Del Com | A | Dividend | J | T | | | | | |
| 60. Ishares TR MSCI EAFE Index | A | Dividend | K | T | | | | | |
| 61. Ishares TR S&P 400 Value | A | Dividend | J | T | | | | | |
| 62. VanGuard Index Small Cap ETF | A | Dividend | J | T | | | | | |
| 63. Southern Co. | A | Dividend | J | T | | | | | |
| 64. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 65. CH Robinson Worldwide | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 66. Expeditors INTL | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 67. Allergan Inc | A | Dividend | J | T | Buy | 09/09/13 | J | | |
| 68. International Business Machs Corp | A | Dividend | J | T | Buy | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hilliard Lyons Retirement Acct. | | | | | | | | | |
| 70. Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 71. Wells Fargo(formerly Wachovia Securities) Brokerage Acct. #1 | | | | | | | | | |
| 72. Fifth Street Finance | A | Dividend | | | Sold | 10/04/13 | K | B | |
| 73. Powershares Water Resources | A | Dividend | K | T | | | | | |
| 74. UMH Properties, Inc. | A | Dividend | | | Sold | 10/04/13 | J | | |
| 75. Wachovia Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 76. Principal Financial Group | A | Dividend | J | T | | | | | |
| 77. First Trust Target 10 Nov 12 | A | Dividend | | | Sold | 12/09/13 | L | E | |
| 78. Guggenheim | A | Dividend | K | T | Buy | 10/04/13 | K | | |
| 79. Advisors Asset MGR-Emerging Mkts | A | Dividend | K | T | Buy | 10/04/13 | K | | |
| 80. First Trust Portfolios Do Target 10 Dec 13 | A | Dividend | L | T | Buy | 12/10/13 | L | | |
| 81. Wells Fargo(formerly Wachovia Securites) Acct. #3 | | | | | | | | | |
| 82. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 83. Goldcorp, Inc. | A | Dividend | K | T | | | | | |
| 84. Monmouth Real Estate Reit | B | Dividend | K | T | Sold (part) | 10/04/13 | J | | |
| 85. UMH Properties, Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alpine Global Dynamic | B | Dividend | J | T | | | | | |
| 87. ING Global Equity Div and Prem. Opportunity | B | Dividend | | | Sold | 06/07/13 | J | | |
| 88. ING Clarion Global Real Estate Income Fund | A | Dividend | | | Sold | 10/04/13 | J | | |
| 89. Medtronic, Inc | A | Dividend | J | T | | | | | |
| 90. Blackrock Kelso Capital Corp | A | Dividend | | | Sold | 06/07/13 | J | | |
| 91. Prospect Capital Corp | B | Dividend | | | Sold | 06/07/13 | J | | |
| 92. Merk&Co. Inc | A | Dividend | K | T | Buy | 06/07/13 | K | | |
| 93. SYSCO Corp | A | Dividend | K | T | Buy | 06/07/13 | K | | |
| 94. YUM Brands, Inc. | A | Dividend | K | T | Buy | 06/07/13 | K | | |
| 95. Exxon Mobile | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 96. Hershey Company | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 97. Wells Fargo(formerly) Wachovia Securities Brokerage Acct. #4 | | | | | | | | | |
| 98. AT & T Inc. | A | Dividend | K | T | | | | | |
| 99. Du Pont De Nemours | A | Dividend | | | Sold | 10/30/13 | K | | |
| 100. Gilat Satellite Networks | | None | J | T | | | | | |
| 101. Headwaters, Inc. | | None | J | T | | | | | |
| 102. Merk & Co. Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pfizer Incorporated | A | Dividend | K | T | | | | | |
| 104. Tetra Tech Inc. | | None | K | T | | | | | |
| 105. Verizon Communications | A | Dividend | K | T | | | | | |
| 106. H & Q Healthcare FD SBI | B | Dividend | K | T | Buy (add'l) | 04/01/13 | J | | |
| 107. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 108. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 109. | | | | | Sold (part) | 10/04/13 | K | | |
| 110. H & Q Life Sciences | D | Dividend | K | T | Buy (add'l) | 04/01/13 | J | | |
| 111. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 112. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 113. | | | | | Sold (part) | 10/04/13 | K | | |
| 114. IRA Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 115. Johnson & Johnson | A | Dividend | | | Sold | 10/30/13 | K | | |
| 116. Frontier Communications, Corp | A | Dividend | J | T | | | | | |
| 117. Lazard LTD | A | Dividend | K | T | | | | | |
| 118. Intel Corp | A | Dividend | J | T | | | | | |
| 119. Chevron | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120. Hewelett-Packard Co. | A | Dividend | | | Sold | 10/30/13 | K | | |
| 121. McDonalds Corp | A | Dividend | K | T | Buy (add'l) | 10/30/13 | K | | |
| 122. SYSCO Corp | A | Dividend | K | T | Buy | 06/11/13 | K | | |
| 123. Kraft Foods Group | | None | | | Buy | 10/04/13 | K | | |
| 124. | | | | | Sold | 10/30/13 | K | A | |
| 125. Modelez Intl, Inc | | None | | | Buy | 10/04/13 | K | | |
| 126. | | | | | Sold | 10/30/13 | K | A | |
| 127. CISCO Systems Inc | A | Dividend | K | T | Buy | 10/30/13 | K | | |
| 128. Microsoft Corp | A | Dividend | K | T | Buy | 10/30/13 | K | | |
| 129. Procter & Gamble Co. | A | Dividend | K | T | Buy | 10/30/13 | K | | |
| 130. Wells Fargo(formerly Wachovia Securities) Brokerage Acct. #5 | | | | | | | | | |
| 131. Bank Deposit Sweep | A | Int./Div. | K | T | | | | | |
| 132. American Strategies Capital, LTD | | None | J | T | Sold (part) | 12/20/13 | J | | |
| 133. Monmouth Real Estate | B | Dividend | K | T | | | | | |
| 134. Proshares Short S&P 500 | | None | | | Sold | 12/13/13 | J | | |
| 135. Prospect Capital Corp | B | Dividend | | | Sold | 06/07/13 | J | A | |
| 136. Transocean, LTD | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. UMH Properties, Inc | A | Dividend | J | T | | | | | |
| 138. Williams Companies, Inc. | A | Dividend | K | T | | | | | |
| 139. Cano WIT (formerly known as Enervest Diversified Income Trust) | B | Dividend | K | T | Sold (part) | 12/13/13 | J | | |
| 140. ING Global Equity Div and Premium Opp. Fund | B | Dividend | | | Sold | 06/07/13 | J | A | |
| 141. ING Global REal Estae Income Fund | B | Dividend | | | Sold | 12/13/13 | J | | |
| 142. WPX Energy, Inc. | | None | J | T | | | | | |
| 143. First Trust Capital Strength Port 14 | A | Dividend | | | Redeemed | 12/12/13 | L | E | |
| 144. General Electric | A | Dividend | K | T | | | | | |
| 145. Teva pharmaceutical | A | Dividend | | | Sold | 12/20/13 | K | | |
| 146. Vodafone Group | B | Dividend | K | T | | | | | |
| 147. First Trust Portfolios Divrsfd Strat. 2q12 | B | Dividend | | | Redeemed | 07/12/13 | L | A | |
| 148. First Trust Portfolios Diversfd Equity Strat | B | Dividend | L | T | Buy | 07/10/13 | L | | |
| 149. Entergy LA LLC | A | Dividend | K | T | | | | | |
| 150. First Trust Portfolios Int. Rate Hedge Fund | A | Dividend | L | T | Buy | 06/07/13 | L | | |
| 151. First Trust Portfolios Nasdaq TGT | A | Dividend | K | T | Buy | 10/04/13 | K | | |
| 152. First Trust Portfolios Capital Strength series 22 | A | Dividend | L | T | Buy | 12/10/13 | L | | |
| 153. Wells Fargo(formerly Wachovia Securities) Brokerage Acct # 6 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bank Sweep Deposit | A | Interest | J | T | | | | | |
| 155. Mutual Series FD, Inc. | A | Dividend | K | T | | | | | |
| 156. First Trust Value lIne target 2012 | A | Dividend | | | Redeemed | 04/03/13 | K | A | |
| 157. First Trust Value Target 25 13 | A | Dividend | K | T | Buy | 04/01/13 | K | | |
| 158. Pro Cash Plus #1 | | | | | | | | | |
| 159. Federated Capital Reserves | | None | L | T | | | | | |
| 160. Target Corp | A | Dividend | K | T | | | | | |
| 161. MFS Municipal Income Fund | A | Dividend | K | T | | | | | |
| 162. Vanguard Whitehall FDS High Divident | A | Dividend | K | T | | | | | |
| 163. Wisdom Tree TR Div. Ex Financials | B | Dividend | K | T | | | | | |
| 164. Washington Mutual Investors Fund | B | Dividend | M | T | | | | | |
| 165. Altria Group Inc Com | A | Dividend | K | T | | | | | |
| 166. AT&T Inc. | A | Dividend | K | T | | | | | |
| 167. Firstenergy Corp | A | Dividend | J | T | | | | | |
| 168. Procter & Gambe Co. | A | Dividend | J | T | | | | | |
| 169. Verizon Communications | B | Dividend | K | T | | | | | |
| 170. Tax Exempt Bond Fund of America Class A | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 172. Pro Cash #2 | | | | | | | | | |
| 173. Pershing Govt. Acct | A | Interest | J | T | | | | | |
| 174. American Funds MM Acct | C | Dividend | M | T | | | | | |
| 175. The Investment Company of America | B | Dividend | J | T | | | | | |
| 176. FT Unit 2936 Tactical Port | | None | K | T | | | | | |
| 177. American Mutual Fund Class A | C | Dividend | M | T | | | | | |
| 178. The Income Fund Fo America Class A | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 07/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas H. Fulton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544